**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-1739**

In Re: MICHAEL D. WILKINS,

Petitioner.

On Petition for Writ of Mandamus.   (CA-97-899)

Submitted:  July 22, 1999          Decided:  July 28, 1999

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael D. Wilkins, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael D. Wilkins filed this petition for a writ of mandamus seeking to have this court direct the district court to act on a motion for judgment by default filed in the district court in April 1999. The district court has recently acted on this motion. Accordingly, although we grant leave to proceed in forma pauperis, we deny this mandamus petition as moot. We also deny Wilkins' motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2